IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENZEN JAMAAL JONES,

    Plaintiff,

v.

                                                                         Case No. 19-cv-429-wmc

ROCK COUNTY CIRCUIT COURT and
GERALD ANTHONY URBIK,

    Defendants.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | November 10, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |